# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-3250

_____

United States of America

*Plaintiff - Appellee*

v.

Daniel J. McNabb

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Davenport

_____

Submitted: September 23, 2019
Filed: October 9, 2019
[Unpublished]

_____

Before GRUENDER, ARNOLD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In 2005, Daniel J. McNabb was sentenced to 180 months of imprisonment and five years of supervised release after he pled guilty to the manufacture of a controlled substance and possession of a firearm in furtherance of a drug trafficking crime. After he completed his prison sentence, McNabb admittedly violated the conditions

of his supervised release. The district court revoked his release, sentencing him to five months of imprisonment and 55 months of supervised release. McNabb appealed the sentence, challenging only the propriety of the prison sentence. During the pendency of his appeal, McNabb completed his sentence and was released from federal custody. In light of McNabb's release from custody, "the appeal of the length of his sentence is moot." *United States v. Hill*, 889 F.3d 953, 954 (8th Cir. 2018). We therefore dismiss the appeal.

_____